UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

May 01, 2026

Dan Poole
APDO 599-1250
Escazu, San Jose, 10201
Costa Rica

RE:    26-3059, In re: EpiPen (Epinephrine Injection, USP)
       Dist/Ag docket: 2:17-MD-02785-DDC-TJJ

Dear Appellant:

Please note the following requirements for prosecuting this matter.

In our previous correspondence, you were given a deadline in which to file an entry of
appearance form with the court. To date, we have not received that form. You must
submit an entry of appearance form within 40 days of the date of this letter. An additional
form will be provided to you.

The record on appeal in this case will consist of copies of all relevant documents filed in
the district court except those excluded by 10th Cir. R. 10.4(E). As such, you do not need
to submit any record materials to the court.

Since the fee for this appeal has not been paid and district court has not granted you leave
to proceed on appeal without prepayment of fees, you must pay the $605.00 fee to the
district clerk or apply to this court for leave to proceed on appeal without prepayment of
fees as provided in Fed. R. App. P. 3(e). You may complete the Motion For Leave To
Proceed On Appeal Without Prepayment Of Costs Or Fees form (which will be provided
to you) and return it to this court within 40 days of the date of this letter. Unless the fee is
paid to the district court or the form is returned to this court within 40 days, the appeal
may be dismissed without further notice. *See* 10th Cir. R. 3.3(B).

You must file an opening brief within 40 days from the date of this letter. You may use
the Pro Se Brief form (which will be provided to you) or you may file a separate brief. If
you do not use the form, your brief must comply with the Federal Rules of Appellate
Procedure and Tenth Circuit Rules with respect to briefs. Failure to file a brief could
result in dismissal of this appeal without further notice. *See* 10th Cir. R. 42.1. Copies of
the brief must be served on all opposing counsel and all unrepresented parties. The clerk
may refuse to file any brief which does not comply with the rules and the court's

instructions. Motions for extensions of time are not favored and, absent extraordinary circumstances, will not be granted.

After briefing has been completed and the filing fee has been paid, or a compliant motion for leave to proceed in forma pauperis has been filed in this court, your appeal will be randomly assigned to a panel of three judges for review. You will be notified when a decision is issued so it is very important that you inform the court in writing of any changes to your contact information. Please note that it may be several months before a decision is issued regarding your appeal.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/mlb