**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**June 12, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

_____

In re: EPIPEN (EPINEPHRINE
INJECTION, USP) MARKETING,
SALES PRACTICES AND ANTITRUST
LITIGATION.

-------------------------------

DAN POOLE,

    Movant  - Appellant,

v.

AB DATA,

    Settlement Administrator - Appellee.

No. 26-3059
(D.C. No. 2:17-MD-02785-DDC-TJJ)
(D. Kan.)

_____

### ORDER
_____

This matter is before the court on Class Plaintiffs' *Motion to Intervene in Non-Party Dan Poole's Appeal*. Appellant shall file a response to the motion on or before July 6, 2026.


Entered for the Court


CHRISTOPHER M. WOLPERT, Clerk