UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

June 12, 2026

Dan Poole
APDO 599-1250
Escazu, San Jose, 10201
Costa Rica

**RE:     26-3059, In re: EpiPen (Epinephrine Injection, USP)**
         Dist/Ag docket: 2:17-MD-02785-DDC-TJJ

Dear Appellant:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:     Hammons P. Hepner
        Ryan C. Hudson
        Rex Sharp
        W. Greg Wright

CMW/art