UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

June 18, 2026

Dan Poole
APDO 599-1250
Escazu, San Jose, 10201
Costa Rica

**RE:**     **26-3059, In re: EpiPen (Epinephrine Injection, USP)**
Dist/Ag docket: 2:17-MD-02785-DDC-TJJ

Dear Appellant:

Appellant's brief has not been filed in this case. Unless the brief is filed within 21 days after the date of this letter, the appeal may be dismissed without further notice. See 10th Cir. R. 42.1. An additional form is enclosed for your use.

You were also given a deadline in which to file an entry of appearance form with the court. To date, we have not received that form. You must submit an entry of appearance form within 21 days of the date of this letter. An additional form will be provided to you.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:     Hammons P. Hepner
Ryan C. Hudson
Rex Sharp
W. Greg Wright

CMW/sls