UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

August 25, 2026

Caleb Durling
Fox Rothschild
1225 17th Street, Suite 2200
Denver, CO 80202

**RE: 26-3059, In re: EpiPen (Epinephrine Injection, USP)**
Dist/Ag docket: 2:17-MD-02785-DDC-TJJ

Dear Counsel:

Appellee's brief is deficient because:

There is no list of prior or related appeals, with appropriate citations, nor is there an express statement that there are no prior or related appeals. *See* 10th Cir. R. 28.2(C)(3).

There is no statement on the front cover of the brief whether oral argument is desired. (Every request for oral argument must be accompanied by a statement of the reason(s) oral argument is necessary.) *See* 10th Cir. R. 28.2(C)(2).

The attachments to the brief are not identified and included in the Table of Contents. Stating "Attachment 1" is not sufficient; the attachment must be clearly identified (i.e., "Attachment 1: District Court Judgment Filed mm/dd/yyyy"). *See* 10th Cir. R. 28.2(C)(5).

The table of authorities must not use the "passim" notation but instead must list every page on which an authority is cited. *See* 10th. Cir. R. 28.3(C).

There is no statement of the facts of the argument. *See* Fed. R. App. P. 28(a)(7).

You must file a corrected brief. Do not file paper copies of your brief unless/until the court orders you to do so.

The corrected brief must have an updated certificate of service (if required; *see* 10th Cir. R. 25.4).

The time to file a reply brief will run from the date of service of appellee's corrected brief.

If you fail to correct the stated deficiencies within three days of the date of this letter, the deficient brief will not be filed. In addition, the appellee will not be heard at oral argument unless the court grants permission. See Fed. R. App. P. 31(c).

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Stuart Andrew Davidson
Hammons P. Hepner
Ryan C. Hudson
Dan Poole
Rex Sharp
W. Greg Wright

CMW/at